IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THADDEUS THEOPALIS CRUMITIE, )
)
Petitioner, )
)
v. ) 1:12CV668
) 1:06CR271-1
UNITED STATES OF AMERICA, )
)
Respondent. )

ORDER

On January 5, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #34] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #32], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration [Doc. #30] is DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 9th day of February, 2016.

United States District Judge